

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-7-2011

# USA v. Daniel Siddons

Precedential or Non-Precedential: Precedential

Docket No. 10-1350

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Daniel Siddons" (2011). *2011 Decisions*. Paper 294.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/294

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1350
_____

UNITED STATES OF AMERICA

v.

DANIEL R. SIDDONS,
                              Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. No. 07-cr-00717-001)
District Judge:  Honorable Paul S. Diamond
_____

Submitted Under Third Circuit LAR 34.1(a)
September 13, 2011
_____

Before: RENDELL, JORDAN and BARRY, <u>Circuit Judges</u>

(Opinion Filed: October 5, 2011)
_____

ORDER AMENDING OPINION
_____

As it appears that the opinion entered in the above matter on October 5, 2011, contained a typographical error, it is hereby

ORDERED that the opinion be amended to correct "leading guilty" to "pleading guilty" on line 8 of text on page 5.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated:        October 7, 2011

MB/cc:        Ashley K. Lunkenheimer, Esq.
                  Todd E. Henry, Esq.